**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 28 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ATIYA SMITH and
ERIK SMITH, SR.                                                        PLAINTIFFS

v.                          CASE NO. 5:16-CV-0361 JM-JTK

ANGELIQUE T. FONTENETTE, M.D.                                          DEFENDANT

COMPLAINT   This case assigned to District Judge Moody
            and to Magistrate Judge Kearney

COMES now Plaintiff, ATIYA SMITH and her spouse, ERIK SMITH, SR., by and through their attorney, Marc E. Stewart, and for their Complaint and causes of action against ANGELIQUE T. FONTENETTE, M.D., state and allege as follows:

### INTRODUCTION

1. This action arises out of medical events and treatment that occurred within the emergency department (ED) at Jefferson Regional Medical Center (JRMC) in the City of Pine Bluff, Jefferson County, Arkansas. Federal Court jurisdiction arises under its diversity of citizenship jurisprudence applied to claims resulting from medical negligence within the State of Arkansas. Accordingly, this Court has proper jurisdiction over the parties and subject matter of this dispute. TRIAL BY JURY IS DEMANDED.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332. There exists complete diversity of citizenship and the matter in controversy exceeds $75,000, exclusive of interests and costs, as provided by 28 U.S.C. § 1332(a).

3. The negligent actions set forth herein occurred in Jefferson County, Arkansas, so that the Eastern District of Arkansas Judicial District, which includes Jefferson County, is the

district in which a substantial part of the events or omissions giving rise to this claim occurred. Thus, venue is proper in this district pursuant to 28 U.S.C. § 1391.

## PARTIES

4.  Plaintiffs are residents of Morgan Hill, Santa Clara County, California.

5.  Defendant, ANGELIQUE T. FONTENETTE, M.D., is a resident of the State of Arkansas that may be served at her residence, 108 Jacob Court, Little Rock, Arkansas 72211.

## FACTS

6.  On December 25, 2015, Plaintiff ATIYA SMITH was visiting her in-laws in Pine Bluff, Arkansas, for the holidays. She is an active Major in the United States Army stationed in Monterrey, California.

7.  At 4:59am that morning, Major Smith presented to the emergency department (ED) at Jefferson Regional Medical Center (JRMC) located in Pine Bluff, Jefferson County, Arkansas. Her primary complaint was severe pain in her left lower leg and foot. The pain had developed following the long air flight from California and was excruciating. Her leg below the knee was cool to the touch.

8.  Major Smith was evaluated by Defendant ANGELIQUE T. FONTENETTE, M.D, who felt that the pain was nothing more than sciatica and back-related. Accepting this diagnosis, Major Smith endured continuing leg pain and planned to follow-up on possible back etiology once she returned home.

9.  Upon return to California, she presented to Good Samaritan Hospital on January 1, 2016, in San Jose, California. With the aid of a simple hand-held Doppler, she was quickly diagnosed with an arterial occlusion caused by a blood clot originating in her popliteal artery.

Unfortunately, the lower leg had gone for an extended period of time with inadequate blood perfusion.

10.   Major Smith was quickly transferred to Regional Medical Center of San Jose. After a few days of attempted management of the problem, she ultimately underwent an above-the-knee amputation of her left leg on January 9, 2016.

## PLAINTIFFS' CLAIMS FOR RELIEF

11.   Defendant, ANGELIQUE T. FONTENETTE, M.D., committed the following acts or omissions of medical malpractice, and/or negligence on or about December 25, 2015, thus violating the standard of care and proximately causing the injuries and damages in question, by:

(a)   Failing to perform an appropriate and thorough differential diagnosis during her assessment of ATIYA SMITH;

(b)   Failing to perform a complete and thorough examination of ATIYA SMITH;

(c)   Failing to order and obtain the results of a Doppler ultrasound assessment of ATIYA SMITH's left leg;

(d)   Assuming that ATIYA SMITH'S complaint was musculoskeletal in nature with no further work up;

(e)   Failing to admit ATIYA SMITH to the hospital for further assessment and diagnostics by specialists; and

(f)   Generally.

12.   Plaintiffs' injuries and damages were a direct and proximate result of Defendant's negligence. A popliteal artery thrombus/occlusion is treatable either medically or surgically. Defendant's errors resulted in an extended delay of diagnosis and treatment of the condition,

thereby leading to tissue ischemia, necrosis, and ultimately an above-the-knee amputation of Plaintiff's left leg.

## RELIEF SOUGHT

13. As a proximate result of the occurrence made the basis of this lawsuit, ATIYA SMITH suffered an acute occlusion of the left popliteal artery that resulted in an above-the-knee amputation of her left leg. She now has a prosthetic and uses assistive devices to aid her in walking. Plaintiff is a Major in the U.S. Army and is now in the process of being medically discharged due to the amputation.

14. As a proximate result of the occurrence made the basis of this lawsuit, Plaintiff ATIYA SMITH, incurred medical expenses in the past and future, physical pain in both the past and future, mental anguish in both the past and future, physical impairment/disability in both the past and future, and disfigurement in both the past and future. Plaintiff also asserts lost wages in the past and diminished earning capacity in the future.

15. Plaintiff ERIK SMITH, SR., a U.S. military veteran, is the husband of Plaintiff ATIYA SMITH. Plaintiff ERIK SMITH, SR. asserts his claim for damages related to loss of consortium as a result of the injuries to his wife as well as the loss of household contribution, all of which are likely permanent.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request a jury trial and respectfully pray for judgment for all elements of damages authorized by law as set forth herein, from and against Defendant in an amount in excess of the amount required for federal court jurisdiction in diversity of citizenship cases, plus all other costs and compensatory relief as described above, and all other relief to which they may be entitled.

Respectfully submitted,

MARC STEWART LAW, PLLC

By: _____
Marc E. Stewart, ABN 2006008
100 Morgan Keegan Drive, Suite 130
Little Rock, Arkansas 72202
Telephone: (501) 251-1988
Facsimile: (501) 265-0022
Email: marc@marcstewartlaw.com

**ATTORNEY FOR PLAINTIFFS**